Michelle Lee (Cal. Bar No.: 260252)
3020 Beacon Blvd
West Sacramento, CA 95691
Telephone:(916) 420-8333

*Attorney for Defendant:* JYM CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MERYL POMPONIO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JYM CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 2:19-cv-01157-JAM-CKD<br><br>Hon. John A. Mendez<br><br>**ORDER GRANTING DEFENDANT JYM CORPORATION'S REQUEST FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

## **ORDER**

Having reviewed the file and the request in this matter, pursuant to stipulation, and for good cause appearing, **IT IS SO ORDERED** that Defendant JYM CORPORATION's deadline to respond to Plaintiff MERYL POMPONIO's complaint is extended to on or before September 6, 2019.


Dated: August 12, 2019　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　　　　Honorable John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

-1-　　　　　　　　　　　　　　(2:19-cv-01157-JAM-CKD)
**[PROPOSED] ORDER GRANTING DEFENDANT JYM CORPORATION'S REQUEST FOR EXTENSION OF TIME TO ANSWER COMPLAINT**